UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                    Criminal No. 09-cr-97-1-JL

Nicholas H. Morton

O R D E R

The joint assented to motion to reschedule jury trial (document no. 107) filed is granted.  The motion is comprehensive and fully explanatory of the situation, which the court appreciates.  The continuance is granted, and the court assumes that all unresolved cases will be ready for trial in December.  If counsel still believe that a status conference is necessary, the US Attorney should so notify the Deputy Clerk and it will be scheduled at the time and date of the pretrial conference on Friday.  Otherwise, the conference will not be scheduled.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  October 21, 2009

cc:  Counsel of Record
     U.S. Marshal
     U.S. Probation