UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

                    v.                          Civil 09-cr-97-01-JL

Nicholas H. Morton


O R D E R


    The assented to motion to reschedule jury trial (document no.

114) filed by defendant is granted; Final Pretrial is rescheduled

to  January 22, 2009 at 3:00pm; Trial is continued to the two-week

period beginning February 2, 2009, 09:30.

    All defendants pending trial shall immediately file the

required speedy trial waivers.  The court finds that the ends of

justice served by granting a continuance outweigh the best interest

of the public and the defendant in a speedy trial, 18 U.S.C. §

3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                    _____
                                    Joseph N. Laplante
                                    United States District Judge


Date:  November 24, 2009




cc:  All  Counsel
     U.S. Marshal
     U.S. Probation